JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT JOHNSON, | Case No. CV 13-0866-PA (DTB) |
| Plaintiff, | |
| vs. | **J U D G M E N T** |
| JEYSEN RELVES, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED  that Judgment be entered granting in part defendants' Motion to Dismiss for Improper Venue, or Alternatively, Motion to Transfer Venue; dismissing without prejudice to plaintiff refiling a separate action in the Southern District of Indiana, plaintiff's second claim relating to FCI Terre Haute; transferring the remaining claims in this action to the Eastern District of California; denying without prejudice as moot, plaintiff's Request for Subpoenas - Notice of

/ / /

/ / /

/ / /

1

1 | Waiver of Objection, Motion to Have Service of Process Perfected, and Summary
2 | Judgment; and lifting the stay of discovery.

4 | DATED: March 26, 2014

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE