

1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KURT JOHNSON,                      No.  2:14-cv-0824 CKD P

12           Plaintiff,

13       v.                      ORDER

14   JEYSEN RELVES, et al.,

15          Defendants.

16

17      Plaintiff, a federal prisoner proceeding pro se, is proceeding with an action seeking

18   injunctive relief and damages under Bivens v. Six Unknown Fed. Narcotics Agents, 403 U.S.

19   388, (1971).  On April 1, 2014, the claim identified as "Claim One –Herlong" in plaintiff's third

20   amended complaint (ECF No. 30) was transferred to this court from the United States District

21   Court for the Central District of California.  With respect to "Claim One," the Central District has

22   already ordered that defendants Relvas, Fennel, Weirich and the United States Bureau of Prisons

23   be served with process (ECF No. 32).  Those defendants all appeared on November 5, 2013 (ECF

24   No. 42), but have not yet responded to plaintiff's third amended complaint.

25   /////

26   /////

27   /////

28   /////

1          Good cause appearing, IT IS HEREBY ORDERED that defendants Relvas, Fennel,

2   Weirich and the United States Bureau of Prisons file their response to plaintiff's third amended

3   complaint within 14 days.

4   Dated:  April 11, 2014

5                                                   _____

6                                                   CAROLYN K. DELANEY
                                                    UNITED STATES MAGISTRATE JUDGE
7

8

9

10   1
11   john0824.ans

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28