UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEYSEN RELVES, et al.,<br><br>　　　　　Defendants. | No.  2:14-cv-0824 CKD P<br><br><br>ORDER |

　　On May 16, 2014, plaintiff filed a document in which he complains about the number of copies he is permitted to make at his prison and the amount of free postage he receives for legal documents.  Because plaintiff fails to show that any policy regarding copies or postage at his current place of incarceration is placing any unreasonable limit on plaintiff's ability to pursue this matter, the motion filed by plaintiff on May 16, 2014 (ECF No. 93) is denied.

Dated:  June 24, 2014

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
john0824.osc