UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT JOHNSON,<br><br>           Plaintiff,<br><br>     v.<br><br>JEYSEN RELVES, et al.,<br><br>           Defendants. | No.  2:14-cv-0824 CKD P<br><br><br>ORDER |

Plaintiff has filed a request for entry of default judgment.  On April 22, 2014, the court granted defendants until May 27, 2014 to file their response to plaintiff's remaining claim presented in his third amended complaint.  Defendants' response was filed May 27, 2014.  Since there is no default, plaintiff's request for entry of default judgment (ECF No. 105) is denied.

Dated:  September 18, 2014

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
john0824.df